UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.06-19M |
| v. ) | |
| ) | DETENTION ORDER |
| CONG THANH CHAU, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>: Violations of Pretrial Release from the District of Montana.

<u>Date of Detention Hearing</u>: February 10, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of the community or the appearance of defendant as required.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) In the Pretrial Services Report of October 25, 2005, it is reported that defendant has been charged with Possession with Intent to Distribute Less Than 50 Kilograms of Marijuana. On July 11, 2005, defendant was released on his own recognizance subject to all mandatory pretrial conditions and special conditions imposed.

(2) In a Pretrial Services Report dated December 21, 2005, it is alleged that in November and December of 2005, defendant violated the conditions of his pretrial release on

more than one occasion by failing to submit to breathalyzer tests and failing to call the alcohol-testing line.

    (3)    Defendant has stipulated to detention before the undersigned, but has reserved the right to contest his continued detention upon his appearance in court in the District of Montana.

    IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of February, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge